IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NETTIE CHAMBERS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 3:14cv237-CSC |
| | ) |
| GROOME TRANSPORTATION OF ALABAMA, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Now pending before the court is the parties' joint motion for preliminary approval of settlement agreement and certification of settlement class (doc. # 41) filed on June 11, 2015. Pursuant to 28 U.S.C. § 636(c), the parties have consented to a United States Magistrate Judge conducting all further proceedings in this case and ordering the entry of final judgment. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that this matter be and is hereby set for a Preliminary Approval hearing on July 28, 2015, at 10:00 a.m. This proceeding shall be conducted by telephone conference. The plaintiffs shall set up the telephone conference.

Done this 10th day of July, 2015.

                                           /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE