IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NETTIE CHAMBERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO.  3:14cv237-CSC |
| ) | |
| GROOME TRANSPORTATION OF ) | |
| ALABAMA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For good cause, it is

ORDERED that the Preliminary Approval hearing set on July 28, 2015 be and is hereby CONTINUED to **August 18, 2015, at 10:00 a.m.**  This proceeding shall be conducted by telephone conference.  The plaintiffs shall set up the telephone conference.

Done this 28th day of July, 2015.

                                           /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE