IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NETTIE CHAMBERS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:14cv237-CSC |
| ) | |
| GROOME TRANSPORTATION OF ) | |
| ALABAMA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For good cause, it is

ORDERED that the Preliminary Approval hearing set on August 18, 2015 be and is hereby CONTINUED to **August 28, 2015, at 10:00 a.m.** in the chambers of the undersigned Judge. It is further

ORDERED that on or before **August 27, 2015**, the parties shall provide to the court a copy of all necessary documents by electronic mail at propord_coody@ almd.uscourts.gov in Word or WordPerfect format.

Done this 18th day of August, 2015.

                                       /s/Charles S. Coody
                                       CHARLES S. COODY
                                       UNITED STATES MAGISTRATE JUDGE