IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| NETTIE CHAMBERS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CIVIL ACT. NO. 3:14cv237-CSC ) |
| GROOME TRANSPORTATION OF ALABAMA, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

For good cause, it is

ORDERED that the Preliminary Approval hearing presently set for August 28, 2015 be and is hereby CONTINUED to **September 1, 2015, at 10:00 a.m.** in the chambers of the undersigned Judge. If the parties have a conflict, they are DIRECTED to call chambers immediately.

Done this 27th day of August, 2015.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                UNITED STATES MAGISTRATE JUDGE