IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NETTIE CHAMBERS, *et al.*,  )
)
   Plaintiffs,  )
)
v.  )  CIVIL ACT. NO.  3:14cv237-CSC
)
GROOME TRANSPORTATION OF  )
ALABAMA, INC., *et al.*,  )
)
   Defendants.  )

**O R D E R**

Now pending before the court is the parties' joint motion to extend the date of the final fairness hearing and motion for entry of final approval and application for attorney's fees (doc. # 61) filed on October 19, 2015. Upon consideration of the motion and for good cause, it is

ORDERED as follows:

1. That the parties' joint motion to extend the date of the final fairness hearing and motion for entry of final approval and application for attorney's fees (doc. # 61) be and are hereby GRANTED.

2. That the final fairness hearing be and is hereby RESET from November 17, 2015 to 10:00 a.m. on **December 16, 2015** in Courtroom 4-B at the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama 36104.  The parties and/or the Third Party Administrator are DIRECTED to notify all class members of the change of the date of the fairness hearing.

3. That the deadline for the plaintiffs to file a motion for entry of final approval and attorney's fees be and is hereby EXTENDED to November 18, 2015.

4. That he parties' joint motion to extend the date of the final fairness hearing and motion for entry of final approval and application for attorney's fees (doc. # 61) be and are hereby terminated.

Done this 20th day of October, 2015.

       /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE